United States District Court
Southern District of Texas
**ENTERED**
November 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

§
Jose Vasquez,                                      §
                                                   §
          *Plaintiff,*                             §
                                                   §          Civil Action No. 4:23-cv-03620
v.                                                 §
                                                   §
Bill Nelson,                                       §
                                                   §
          *Defendant*.                             §
                                                   §

## <u>ORDER ON REQUEST FOR INTERPRETER</u>

On November 8, 2024. Plaintiff Jose Vasquez filed a motion requesting a Spanish-language interpreter, ostensibly to be paid out of public funds. *See* Dkt. 29.  The Court cannot accommodate Plaintiff's request because the federal law governing court-appointed interpreters does not apply to civil suits other than those filed by the United States.  *See* 28 U.S.C. § 1827(d)(1) (providing for a judicial officer's use of an interpreter's services "in judicial proceedings *instituted by the United States*") (emphasis added); 5 Guide to Judiciary Policy, Ch. 2 § 260 (specifying that "[i]interpreter services needed to assist parties in civil proceedings not instituted by the United States, both in-court and out-of-court, are the responsibilities of the parties to the action"). Private parties like Plaintiff therefore must obtain and pay for their own interpreters.

It is therefore **ORDERED** that Plaintiff Jose Vasquez's motion for an interpreter (Dkt. 29) is **DENIED**.

Signed on November 12, 2024, at Houston, Texas.

_____

Yvonne Y. Ho

United States Magistrate Judge